# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALERIE JOHNSON | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No.: 08-01730 |
| ROADWAY EXPRESS INC. | : |
| Defendant. | : |

## ORDER

AND NOW, this 9th day of September, 2008, upon consideration of the Request for Default Judgment against Defendant, Roadway Express Inc., it is hereby ORDERED and DECREED that said Request is GRANTED. Plaintiff will be awarded a Default Judgment in her favor in an amount to be determined by this Court.

BY THE COURT:

Harold A. Ackerman, J.
U.S.D.J.
9/9/08